The People of the State of New York, Appellant, *v.*
Mary Harmon, Respondent.

This case presented the same questions and was submitted
and decided with *People* v. *Harmon* (*supra*).

---

Fremont C. Gage, Appellant, *v.* Myron Gage et al.,
Respondents.

(Argued January 14, 1889; decided January 29, 1889.)

Appeal from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made February 11, 1887, which affirmed a judgment in favor
of defendants entered upon a decision of the court on trial at
Special Term.

*J. Henry Metcalf* for appellant.

*Edwin Hicks* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.